| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) DEES, JR, HARRY C. | 2. Court or Organization UNITED STATES BANKRUPTCY COURT | 3. Date of Report 05/10/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

ROBERT K. RODIBAUGH UNITED STATES BANKRUPTCY COURTHOUSE
401 SOUTH MICHIGAN STREET
SOUTH BEND, INDIANA 46601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR, HARRY C. | 05/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR, HARRY C. | 05/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR, HARRY C. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST #1 | | | | | | | | | |
| 2. -3M COMMON STOCK | A | Dividend | K | T | | | | | |
| 3. -ABBOTT LABS COMMON STOCK | A | Dividend | J | T | | | | | |
| 4. -ABBVIE INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 5. -ALTRIA GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 6. -APPLE INC COMMON STOCK | A | Dividend | J | T | Buy | 09/25/17 | J | | |
| 7. -AT & T COMMON STOCK | A | Dividend | J | T | Sold (part) | 09/25/17 | J | A | |
| 8. -BAXTER INTERNATIONAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 9. -BRIGHTHOUSE FINANCIAL | | None | | | Spinoff (from line 30) | 08/18/17 | J | | |
| 10. | | | | | Sold (part) | 08/24/17 | J | A | |
| 11. | | | | | Sold | 09/25/17 | J | A | |
| 12. -CMS ENERGY COMMON STOCK | A | Dividend | K | T | Sold (part) | 09/25/17 | J | B | |
| 13. -CHEVRON COMMON STOCK | A | Dividend | K | T | | | | | |
| 14. -CISCO SYSTEMS INC. COMMON STOCK | A | Dividend | J | T | Buy | 09/25/17 | J | | |
| 15. -COLGATE PALMOLIVE COMMON STOCK | A | Dividend | | | Sold | 09/25/17 | J | D | |
| 16. -DOLLAR GENERAL COMMON STOCK | A | Dividend | K | T | | | | | |
| 17. -ECOLAB COMMON STOCK | A | Dividend | K | T | Sold (part) | 09/25/17 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR, HARRY C. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -EXXON MOBIL COMMON STOCK | B | Dividend | K | T | | | | | |
| 19. -FIRST FINANCIAL COMMON STOCK | B | Dividend | K | T | | | | | |
| 20. -GENERAL DYNAMICS COMMON STOCK | A | Dividend | K | T | | | | | |
| 21. -GENERAL ELECTRIC COMMON STOCK | A | Dividend | K | T | | | | | |
| 22. -GENERAL MILLS COMMON STOCK | A | Dividend | J | T | | | | | |
| 23. -INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 24. -IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 25. -JOHNSON- JOHNSON COMMON STOCK | A | Dividend | K | T | | | | | |
| 26. -LOWES COMMON STOCK | A | Dividend | K | T | | | | | |
| 27. -MCDONALDS CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 28. -MEDTRONIC PLC FOREIGN EQUITY | A | Dividend | K | T | | | | | |
| 29. -MERCK COMMON STOCK | A | Dividend | J | T | | | | | |
| 30. -METLIFE INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 31. -MICROCHIP TECH COMMON STOCK | A | Dividend | J | T | | | | | |
| 32. -MICROSOFT COMMON STOCK | A | Dividend | L | T | | | | | |
| 33. -NEXTERA ENERGY COMMON STOCK | A | Dividend | J | T | | | | | |
| 34. -NIKE COMMON STOCK | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR, HARRY C. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -PHILLIP MORRIS COMMON STOCK | A | Dividend | J | T | | | | | |
| 36. -PRAXAIR COMMON STOCK | A | Dividend | J | T | | | | | |
| 37. -PROCTER & GAMBLE COMMON STOCK | A | Dividend | K | T | | | | | |
| 38. -SIMON PROPERTY GROUP COMMON STOCK | A | Dividend | K | T | | | | | |
| 39. -SMUCKER J M COMMON STOCK | A | Dividend | K | T | | | | | |
| 40. -STARBUCKS CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 41. -UNITED TECHNOLOGIES COMMON STOCK | A | Dividend | K | T | | | | | |
| 42. -VANGUARD FINANCIAL ETF | A | Dividend | K | T | | | | | |
| 43. -VERIZON COMMON STOCK | A | Dividend | J | T | | | | | |
| 44. -BROWNSBURG IN 1999 SCH BLDG 4.00 DUE 07/15/2019 MUNI BOND | B | Interest | L | T | | | | | |
| 45. -CLARKSVILLE IN PARK DIST TAX 2.25 DUE 11/15/2027/23 MUNI BOND | B | Interest | L | T | | | | | |
| 46. -ELKHART IN COMM SCH BLDG 3.00 DUE 7/15/2023 MUNI BOND | B | Interest | L | T | | | | | |
| 47. -FLAT ROCK MI LTD TAX-CAP 3.00 DUE 10/01/2015/24 MUNI BOND | B | Interest | L | T | | | | | |
| 48. -GARY IN COMMUNITY BLDG CORP 3.30 DUE 07/15/2024/22 MUNI BOND | B | Interest | L | T | | | | | |
| 49. -GIBRALTAR SCHOOL DISTRICT/MI 2.00 DUE 05/01/2022 MUNI BOND | A | Interest | K | T | | | | | |
| 50. -GREENE CO IN REDEV AUTH 3.00 DUE 02/01/2022 MUNI BOND | B | Interest | L | T | | | | | |
| 51. -HAMILTON CO REDEV AUTH 3.55 DUE 08/01/2021 MUNI BOND | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR, HARRY C. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -HANOVER MULTI SCH BLDG 3.00 DUE 07/15/2024 MUNI BOND | B | Interest | L | T | | | | | |
| 53. -IN ST FIN-DUKE ENERGY SER A2 3.375 DUE 03/01/19 MUNI BOND | B | Interest | L | T | | | | | |
| 54. -IN ST DEPAUW UNIV - B 4.50 DUE 07/01/2020/19 MUNI BOND | B | Interest | L | T | | | | | |
| 55. -IN ST FIN AUTHOR REV 3.25 DUE 09/01/2024/22 MUNI BOND | B | Interest | L | T | | | | | |
| 56. -IN ST FIN AUTHOR HOSP REV 3.25 DUE 03/01/2026 MUNI BOND | B | Interest | L | T | | | | | |
| 57. -IN ST UNIV REV HSG DIN SER A 4.00 DUE 04/01/2019 MUNI BOND | B | Interest | L | T | | | | | |
| 58. -IN ST FIN-HANOVER CLG 3.00 DUE 05/01/2022 MUNI BOND | B | Interest | L | T | | | | | |
| 59. -IN ST FIN AUTHOR EITEL JORG 3.00 DUE 02/01/2024 MUNI BOND | B | Interest | L | T | | | | | |
| 60. -JEFFERSONVILLE IN REDEV COMM 2.375 DUE 07/15/2022 MUNI BOND | B | Interest | L | T | | | | | |
| 61. -JEFFERSONVILLE IN REDEV COMM 3.00 DUE 07/15/2023 MUNI BOND | B | Interest | L | T | | | | | |
| 62. -KENTON KY SCH DIST 2.50 DUE 02/01/2022 MUNI BOND | A | Interest | K | T | | | | | |
| 63. -KENTUCKY STATE INTERLOCAL SCHL 2.00 DUE 03/01/2021/20 MUNI BOND | A | Interest | L | T | | | | | |
| 64. - KENTUCKY STATE INTERLOCAL SCHL 2.50 DUE 03/01/2025/20 MUNI BOND | B | Interest | L | T | | | | | |
| 65. -LOGAN COUNTY KY SCH DIST FIN 2.00 DUE 09/01/2027/26 | A | Interest | K | T | | | | | |
| 66. -MARION CNTY FLA SCH BRD 5.00 DUE 06/01/2025/17 MUNI BOND | B | Interest | | | Redeemed | 06/01/17 | K | A | |
| 67. -MONROE IND CENT SCH BLDG 4.00 DUE 07/15/2017 MUNI BOND | B | Interest | | | Redeemed (part) | 01/17/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR, HARRY C. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Matured | 07/15/17 | K | A | |
| 69. -NOBLESVILLE IN REDEV AUTH 4.75 DUE 02/01/2021 MUNI BOND | B | Interest | L | T | | | | | |
| 70. -NORTH WHITE IN ELEM SCH BLDG 1.25 DUE 07/15/2018 | A | Interest | K | T | | | | | |
| 71. -NORTHEASTERN IL UNIV COPS CAP IMP 3.00 DUE 07/01/2023 MUNI BOND | B | Interest | L | T | | | | | |
| 72. -NW ALLEN IND SCH BLDG CORP 4.00 DUE 01/15/2018 MUNI BOND | B | Interest | L | T | | | | | |
| 73. -OWEN COUNTY IN PUBLIC LIBRARY 2.125 DUE 07/15/2023/22 MUNI BOND | B | Interest | L | T | | | | | |
| 74. -PEORIA ARIZ MUN DEV AUTH 4.25 DUE 01/01/2020/18 MUNI BOND | B | Interest | K | T | | | | | |
| 75. -PLAINFIELD IN REDEV AUTH 3.00 DUE 08/01/2026/23 MUNI BOND | B | Interest | K | T | | | | | |
| 76. -SAINT JOSEPH CNTY IN ECON 4.00 DUE 04/01/2023/20 MUNI BOND | B | Interest | L | T | | | | | |
| 77. -SESTRN CASS CO SBC 2.00% DUE 07/15/25 | | None | L | T | Buy | 07/26/17 | L | | |
| 78. -SOUTH BEND REDEV 2.50 DUE 05/01/2021 MUNI BOND | B | Interest | L | T | | | | | |
| 79. -STARKE CNTY IN BLDG CORP 3.00 DUE 08/01/2023/22 MUNI BOND | B | Interest | L | T | | | | | |
| 80. -TERRE HAUTE IND REDEV DIST 2.25 DUE 08/012021/18 MUNI BOND | B | Interest | L | T | | | | | |
| 81. -TEXAS WOMANS UNIV REF FIN 4.25 DUE 07/01/2017 MUNI BOND | B | Interest | | | Matured | 07/01/17 | K | | |
| 82. -WARSAW IN SEWAGE WKS REV 2.00 DUE 07/01/2020 MUNI BOND | A | Interest | L | T | | | | | |
| 83. -WASHINGTON ST CTFS PARTN 4.125 DUE 01/01/2018 MUNI BOND | B | Interest | K | T | | | | | |
| 84. -WASHINGTON DC CONV CTR AUTH 5.00 DUE 10/01/2026 MUNI BOND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR, HARRY C. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -WASHINGTON MTR VEHICLE FUEL 5.00 DUE 07/01/2027/17 MUNI BOND | B | Interest | | | Redeemed | 07/03/17 | K | A | |
| 86. -YUMA ARIZ MUN PPTY CORP REV 5.00 DUE 07/01/2025/17 MUNI BOND | B | Interest | | | Redeemed | 07/03/17 | K | | |
| 87. -ZIONSVILLE IND REDEV AUTH 4.25 08/01/2020/18 MUNI BOND | B | Interest | L | T | | | | | |
| 88. -DREIHAUS EMERGING MKTS ASSET ALLOCATION FUND | A | Dividend | L | T | Buy (add'l) | 07/25/17 | K | | |
| 89. -FIDELITY AD INTL DISCOVERY ASSET ALLOCATION FUND | | None | | | Sold | 07/25/17 | L | D | |
| 90. -GOLDMAN SACHS INTERNATIONAL EQUITY INSIGHTS FUND | B | Dividend | L | T | Buy | 07/25/17 | L | | |
| 91. -PRINCIPAL MIDCAP GROWTH ASSET ALLOCATION FUND | A | Dividend | L | T | Buy (add'l) | 07/25/17 | K | | |
| 92. -VANGUARD REIT INDEX FUND-ADM ASSET ALLOCATION FUND | B | Dividend | K | T | Buy (add'l) | 07/25/17 | K | | |
| 93. -VANGUARD SMALL CAP VALUE INDEX-ADM ASSET ALLOCATION FUND | A | Dividend | L | T | Buy (add'l) | 07/25/17 | K | | |
| 94. -FIRST FINANCIAL BANK MONEY MARKET FUND | B | Interest | M | T | | | | | |
| 95. TRUST #2 | | | | | | | | | |
| 96. -ABBOTT LABS COMMON STOCK | A | Dividend | J | T | | | | | |
| 97. -ABBVIE INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 98. -APPLE INC COMMON STOCK | A | Dividend | L | T | | | | | |
| 99. -AT & T COMMON STOCK | A | Dividend | J | T | | | | | |
| 100. -BP P.L.C. FOREIGN EQUITY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR, HARRY C. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101.  -BRIGHTHOUSE FINANCIAL | | None | | | Spinoff (from line 121) | 08/18/17 | J | | |
| 102. | | | | | Sold (part) | 08/24/17 | J | A | |
| 103. | | | | | Sold | 09/28/17 | J | A | |
| 104.  -BRISTOL MYERS SQUIBB COMON STOCK | A | Dividend | J | T | | | | | |
| 105.  -CHEVRON CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 106.  -CMS ENERGY COMMON STOCK | A | Dividend | J | T | | | | | |
| 107.  -DANAHER COMMON STOCK | A | Dividend | K | T | | | | | |
| 108.  -DUKE ENERGY CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 109.  -ECOLAB COMMON STOCK | A | Dividend | K | T | | | | | |
| 110.  -EVEREST RE GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 111.  -FIRST FINANCIAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 112.  -GENERAL DYNAMICS COMMON STOCK | A | Dividend | K | T | | | | | |
| 113.  -GENERAL ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 114.  -GENERAL MILLS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 115.  -INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 116.  -IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 117.  -JOHNSON-JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR, HARRY C. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. -LOWES COMMON STOCK | A | Dividend | K | T | | | | | |
| 119. -MARATHON PETE COMMON STOCK | A | Dividend | J | T | | | | | |
| 120. -METLIFE INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 121. -MICROSOFT COMMON STOCK | A | Dividend | K | T | | | | | |
| 122. -NIKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 123. -PEPSICO COMON STOCK | A | Dividend | J | T | | | | | |
| 124. -PFIZER INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 125. -PROCTOR & GAMBLE COMMON STOCK | A | Dividend | K | T | | | | | |
| 126. -SIMON PROPERTY GROUP COMMON STOCK | B | Dividend | K | T | | | | | |
| 127. -TEVA PHARMACEUTICALS FOREIGN EQUITY | A | Dividend | J | T | | | | | |
| 128. -UNITED TECHNOLOGIES COMMON STOCK | A | Dividend | K | T | | | | | |
| 129. -ALBERTVILLE AL BD OF EDUCATION 2.25 DUE 02/01/2024/22 MUNI BOND | A | Interest | K | T | | | | | |
| 130. -BLOOMFIELD CHARTER TWP 2.125 DUE 04/01/2022 MUNI BOND | A | Interest | K | T | | | | | |
| 131. -EAST ALLEN MULTI SCH BLDG 3.00 DUE 07/10/2018 MUNI BOND | B | Interest | L | T | | | | | |
| 132. -EAST JACKSON MI CMNTY SCH 2.375 DUE 05/01/2022 MUNI BOND | B | Interest | L | T | | | | | |
| 133. -GIBRALTAR SCHOOL DIST/MI 2.00 DUE 05/01/2022 MUNI BOND | A | Interest | K | T | | | | | |
| 134. -GREENE CNTY IN REDEV AUTH 3.00 DUE 02/01/2022 MUNI BOND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR, HARRY C. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. -GREENCASTLE IN SCH 2.25 DUE 07/15/2021 MUNI BOND | A | Interest | K | T | | | | | |
| 136. -GREENWOOD MIDWEST DISASTER 4.00 DUE 08/01/2017 MUNI BOND | A | Interest | | | Redeemed (part) | 02/01/17 | J | | |
| 137. | | | | | Matured | 08/01/17 | J | | |
| 138. -HAMILTON CO IN REDEV 3.55 DUE 08/01/2021 MUNI BOND | B | Interest | L | T | | | | | |
| 139. -HANCOCK CO KY DIST FIN 2.00 DUE 10/01/2023 MUNI | A | Interest | K | T | | | | | |
| 140. -HANOVER MULTI SCH BLDG 2.5 DUE 07/15/2023/23 MUNI BOND | B | Interest | L | T | | | | | |
| 141. -JEFFERSONVILLE IN REDEV COMM 2.375 DUE 07/15/2022 MUNI BOND | A | Interest | K | T | | | | | |
| 142. -KOKOMO CTR SCHOOL 3.20 DUE 07/15/2017 MUNI BOND | B | Interest | | | Matured | 07/15/17 | K | | |
| 143. -MIAMI CNTY IN HLDG CORP 4.75 DUE 01/15/2018/17 MUNI BOND | B | Interest | | | Redeemed | 07/17/17 | K | | |
| 144. -PEOPRIA ARIZ MUN DEV AUTH 4.25 DUE 01/01/2020/18 MUNI BOND | B | Interest | K | T | | | | | |
| 145. -PIKE CO KY SCHL DIST FIN 2.00 DUE 10/01/2023 MUNI | A | Interest | K | T | | | | | |
| 146. -PIONEER SCH BLDG CORP IN 2.25 DUE 07/15/2024 MUNI BOND | B | Interest | L | T | | | | | |
| 147. -PLAINFIELD IN REDEV AUTH 3.00 DUE 08/01/2026/23 MUNI BOND | A | Interest | K | T | | | | | |
| 148. -SAINT JOHN IN SEW 1.90 DUE 01/01/2020 MUNI BOND | A | Interest | K | T | | | | | |
| 149. -ST UNIV OF IOWA REV 2.00 DUE 07/01/2021 MUNI BOND | A | Interest | K | T | | | | | |
| 150. -STUCKER FORK IN CONS DIST 1.75 DUE 01/01/2020 MUNI BOND | A | Interest | K | T | | | | | |
| 151. -WASHINGTON DC CONV CTR AUTH 5.00 DUE 10/01/2026 MUNI BOND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR, HARRY C. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. -YUMA AZ MUN PPTY CORP REV 5.00 DUE 07/01/2025/17 MUNI BOND | B | Interest | | | Redeemed | 07/03/17 | K | | |
| 153. -ZIONSVILLE CMNTY SCHL BLDG 4.00 DUE 01/10/2020 MUNI BOND | A | Interest | K | T | | | | | |
| 154. -VANGUARD REIT INDEX FUND-ADM ASSET ALLOCATION FUND | A | Dividend | K | T | Buy (add'l) | 07/25/17 | J | | |
| 155. -VANGUARD SMALL CAP VALUE INDEX-ADM ASSET ALLOCATION FUND | B | Dividend | L | T | Buy (add'l) | 07/25/17 | K | | |
| 156. -VANGUARD DEV MKT INDEX-ADM ASSET ALLOCATION FUND | B | Dividend | L | T | Buy (add'l) | 07/25/17 | J | | |
| 157. -VANGUARD EM MKT STK IND-INST ASSET ALLOCATION FUND | A | Dividend | K | T | Buy (add'l) | 07/25/17 | K | | |
| 158. -VANGUARD MID CAP INDEX-ADM ASSET ALLOCATION FUND | B | Dividend | L | T | Buy (add'l) | 07/25/17 | L | | |
| 159. -FIRST FINANCIAL BANK MONEY MARKET FUND | A | Interest | L | T | | | | | |
| 160. First Financial Corp; Terre Haute, IN | A | Dividend | J | T | | | | | |
| 161. USAA Federal Savings Bank | B | Int./Div. | M | T | | | | | |
| 162. USAA Cornerstone Strategy Mutual Fund | A | Int./Div. | K | T | | | | | |
| 163. USAA World Growth Mutual Fund | A | Int./Div. | K | T | | | | | |
| 164. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR, HARRY C. | 05/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII; COLUMN D (1) - ALL DISPOSITIONS CODED AS REDEEMED OR REDEEMED (PART) REFLECT FULL OR PARTIAL MUNICIPAL BOND CALLS. THIS WAS THE CLOSEST CATEGORY DESCRIPTION AVAILABLE.

PART VII; LINE 33 - MEDTRONIC PLC IS A FOREIGN EQUITY. IT WAS PREVIOUSLY NOTED AS A COMMON STOCK.

PART VII; LINES 125 & 126 - FORTIVE WAS A SPINOFF FROM DANAHER. TRUST #1 DID NOT RECEIVE THESE SPINOFF SHARES BECAUSE DANAHER, LINE 14, WAS SOLD PRIOR TO THE SPINOFF. UPON RECEIPT OF THE SHARES IN TRUST #2, THEY WERE THEN SOLD A FEW WEEKS LATER.

PART VII - THERE ARE A COUPLE OF SECURTIES THAT HAVE 2 LINES OF SALES WITH THE SAME SALE DATE. THEY ARE FORD MOTOR, LINES 20 & 21, AND UTILITIES SELECT SECTOR SPIDER, LINES 148 & 149. THE REASON IS THAT EACH SECURITY HAD 2 TAX LOTS.

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, JR, HARRY C. | 05/10/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **HARRY C. DEES, JR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544